# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| VICKIE KEMP *on behalf* *of* CHARLES KEMP, | * * * |
| Plaintiff, | * |
| v. | * |
| | *   No. 3:11CV00263-JJV |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | * * * |
| Defendant. | * |

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that the Plaintiff's Complaint is dismissed with prejudice.

SO ORDERED this <u>12th</u> day of February, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1