IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| VICKIE KEMP *on behalf*<br>*of* CHARLES KEMP,<br><br>Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner, Social Security<br>Administration*,*<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*    No. 3:11CV00263-JJV<br>*<br>*<br>*<br>*<br>* |

## ORDER AND JUDGMENT

Pursuant to the Opinion issued by the United States Court of Appeal for the Eighth Circuit on February 25, 2014, this case is remanded to the Commissioner for further proceedings consistent with the Opinion of the Eighth Circuit Court of Appeals (Case No 13-1421).

SO ORDERED this 7th day of March, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1